**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-24803-CIV-WILLIAMS**

ELLA CLINTON, *et. al*.

Plaintiffs,

vs.

SECURITY BENEFIT LIFE INSURANCE COMPANY

Defendant.
______________________/

## ORDER

**THIS MATTER** is before the Court on the Honorable Edwin G. Torres' Report and Recommendation on Defendant's motion to change venue (the "Report"). (DE 73.) In the Report, Judge Torres recommended that Defendant's motion (DE 52) be **GRANTED**, and that this case be transferred to the United States District Court for the District of Kansas. Plaintiffs filed timely objections to the Report (DE 74.) Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 73) are **AFFIRMED AND ADOPTED**.
2. Defendant's motion to change venue (DE 52) is **GRANTED**.
3. This case is **TRANSFERRED** to the United States District Court for the District of Kansas.
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21st day of July, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE